DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MICHAEL J. THOMAS (Bar No. 172326)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone:  (916) 444-1000
Facsimile:   (916) 444-2100
bwarne@downeybrand.com
mthomas@downeybrand.com
aamaral@downeybrand.com

Attorneys for Plaintiff
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA PACIFIC INDUSTRIES, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE.<br><br>Defendant. | Case No. 2:11-cv-01250-WBS-KJN<br><br>**CERTIFICATE OF SERVICE** |

1159366.2

1. On May 10, 2011, I served the following documents:

**COMPLAINT FOR VIOLATION OF THE ADMINISTRATIVE PROCEDURES ACT (DOCKET 1);**

**EXHIBITS A-K TO COMPLAINT (DOCKETS 1-1, 1-2, 1-3);**

**CIVIL COVER SHEET (DOCKET 2);**

**SUMMONS IN A CIVIL CASE (DOCKET 4);**

**ORDER RE: STATUS (PRETRIAL SCHEDULING CONFERENCE), CONSENT FORM, VDRP FORM (DOCKETS 5, 5-1, 5-2)**

**NOTICE OF RELATED CASE (DOCKET 6)**

2. I served the above-named documents by the following means to the persons as listed below:

*(Check all that apply)*

☐ **a. ECF System** (*You must attach the "Notice of Electronic Filing, or list all persons and addresses and attach additional paper if necessary*)

☒ **b. By United States Certified mail, postage fully prepaid on May 10, 2011**
(*List persons and addresses. Attach additional paper if necessary*)

Eric H. Holder, Jr., Attorney General for the
United States of America
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Office of General Counsel for the
United States Department of Agriculture
33 New Montgomery Street 17th Floor
San Francisco, California 94105-1924

☐ **c. Personal Service**
(*List persons and addresses. Attach additional paper if necessary*)

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct email (as opposed to through the ECF System)**
(*List persons and email addresses. Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

1159366.2

2

CERTIFICATE OF SERVICE

☒   **f. Personal service by messenger**
*(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger with Capitol Couriers for personal service.

Benjamin B. Wagner, United States Attorney for the Eastern District of California
Robert T. Matsui United States Courthouse
501 I Street, Suite 10-100
Sacramento, CA  95814

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on May 10, 2011:

\_\_\_\_\_Meena N. Patel_____     _____*/s/ Meena N. Patel*_____
(NAME OF DECLARANT)                                          (SIGNATURE OF DECLARANT)

DOWNEY BRAND LLP

1159366.2

3

CERTIFICATE OF SERVICE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

SIERRA PACIFIC INDUSTRIES, ET AL.,

V.

**SUMMONS IN A CIVIL CASE**

UNITED STATES DEPARTMENT OF AGRICULTURE,

CASE NO: **2:11−CV−01250−WBS −KJN**

TO: **United States Department of Agriculture**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**William R. Warne, Esquire**
**Downey Brand, LLP**
**621 Capitol Mall, 18th Floor**
**Sacramento, California 95814−4731**

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

VICTORIA C. MINOR
CLERK

/s/ L. Reader

(By) DEPUTY CLERK



ISSUED ON 2011−05−10 12:39:39.0, Clerk
USDC EDCA

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  May 11, 2011 |
| NAME OF SERVER *(PRINT)*  Mark Pedeupe | TITLE  CEO, CAPITOL COURIERS, INC. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: __JOYCE DORSEY, Admin. Clerk__

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES  $70.00 | TOTAL  $70.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 11, 2011
                    Date

*Signature of Server*
MARK PEDEUPE
CAPITOL COURIERS, INC.
*Address of Server*
3000 T Street, Suite 200
Sacramento, CA  95816