DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
JANLYNN R. FLEENER (Bar No. 169385)
ELIZABETH B. STALLARD (Bar No. 221445)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
bwarne@downeybrand.com
jfleener@downeybrand.com
estallard@downeybrand.com
aamaral@downeybrand.com

[Counsel for additional plaintiffs listed on next page]

Attorneys for Plaintiff
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SIERRA PACIFIC INDUSTRIES; W.M. BEATY AND ASSOCIATES, INC.; ANN MCKEEVER HATCH, AS TRUSTEE OF THE HATCH 1987 REVOCABLE TRUST; RICHARD L. GREENE, AS TRUSTEE OF THE HATCH IRREVOCABLE TRUST; BROOKS WALKER, JR., AS TRUSTEE OF THE BROOKS WALKER, JR. REVOCABLE TRUST AND THE DELLA WALKER VAN LOBEN SELS TRUST FOR THE ISSUE OF BROOKS WALKER, JR.; BROOKS WALKER III, INDIVIDUALLY AND AS TRUSTEE OF THE CLAYTON BROOKS DANIELSEN TRUST, THE MYLES WALKER DANIELSEN TRUST, THE MARGARET CHARLOTTE BURLOCK TRUST, AND THE BENJAMIN WALKER BURLOCK TRUST; LESLIE WALKER, INDIVIDUALLY AND AS TRUSTEE OF THE BROOKS THOMAS WALKER TRUST, THE SUSIE KATE WALKER TRUST AND THE DELL GRACE WALKER TRUST; WELLINGTON SMITH HENDERSON, JR., AS TRUSTEE OF THE HENDERSON REVOCABLE TRUST;  ELENA D. HENDERSON; MARK W. HENDERSON, AS TRUSTEE OF THE
[CAPTION CONTINUED ON NEXT PAGE]

Case No.  2:11-CV-01250 KJM-EFB

**NOTICE OF APPEARANCE**

1200636.1

1

NOTICE OF APPEARANCE

| | |
|---|---|
| 1 | MARK W. HENDERSON REVOCABLE TRUST; JOHN C. WALKER, |
| 2 | INDIVIDUALLY AND AS TRUSTEE OF THE DELLA WALKER VAN LOBEN |
| 3 | SELS FOR THE ISSUE OF JOHN C. WALKER; JAMES A. HENDERSON; |
| 4 | CHARLES C. HENDERSON AS TRUSTEE OF THE CHARLES C. AND |
| 5 | KIRSTEN HENDERSON REVOCABLE TRUST; JOAN H. HENDERSON; |
| 6 | JENNIFER WALKER, INDIVIDUALLY AND AS TRUSTEE OF THE EMMA |
| 7 | WALKER SILVERMAN TRUST AND THE MAX WALKER SILVERMAN |
| 8 | TRUST; KIRBY WALKER; AND LINDSEY WALKER, a.k.a. LINDSEY |
| 9 | WALKER-SILVERMAN, INDIVIDUALLY AND AS TRUSTEE OF |
| 10 | THE REILLY HUDSON KEENAN TRUST AND THE MADISON |
| 11 | FLANDERS KEENAN TRUST; EUNICE E. HOWELL, INDIVIDUALLY AND |
| 12 | DOING BUSINESS AS HOWELL'S FOREST HARVESTING COMPANY; |
| 13 | KELLY CRISMON, an individual; and JW BUSH, |
| 14 | |
| 15 | Plaintiffs, |
| 16 | v. |
| 17 | UNITED STATES DEPARTMENT OF AGRICULTURE, |
| 18 | Defendant. |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1200636.1

2

NOTICE OF APPEARANCE

1

2   Law Offices of
    Matheny Sears Linkert & Jaime, LLP
3   RICHARD S. LINKERT, ESQ. (SBN 88756)
    KATHERINE E. UNDERWOOD, ESQ. (SBN 249308)
4   3638 American River Drive
    Sacramento, CA  95864
    Telephone:  (916) 978-3434
5   Facsimile:  (916) 978-3430

6   Attorneys for Plaintiffs W.M. Beaty and Associates and Landowner Plaintiffs

7   Phillip R. Bonotto, Esq.
    State Bar No. 109257
8   Derek VanDevivir, Esq.
    State Bar No. 227902
9   RUSHFORD & BONOTTO, LLP
    2277 Fair Oaks Blvd., Suite 495
10  Sacramento, CA 95825
    Sacramento, CA  95825
11  (916) 565-0590
    Attorneys for Plaintiffs Eunice E. Howell, individually and d/b/a Howell's Forest
12  Harvesting Co., J.W. Bush, and Kelly Crismon

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1200636.1                                   3

NOTICE OF APPEARANCE

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that Janlynn R. Fleener (SBN 169385), DOWNEY BRAND LLP, 621 Capitol Mall, Eighteenth Floor, Sacramento, California, 95814, telephone number (916) 444-1000, facsimile number (916) 444-2100, is hereby appearing in this case as counsel of record for Plaintiffs SIERRA PACIFIC INDUSTRIES.

DATED:  November 23, 2011            DOWNEY BRAND LLP


                        By: /s/ *Janlynn R. Fleener*
                              JANLYNN R. FLEENER
                              Attorney for Plaintiff
                             SIERRA PACIFIC INDUSTRIES