DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
JANLYNN R. FLEENER (Bar No. 169385)
ELIZABETH B. STALLARD (Bar No. 221445)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
bwarne@downeybrand.com
jfleener@downeybrand.com
estallard@downeybrand.com
aamaral@downeybrand.com

[Counsel for additional plaintiffs listed on next page]

Attorneys for Plaintiff
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SIERRA PACIFIC INDUSTRIES; W.M. BEATY AND ASSOCIATES, INC.; ANN MCKEEVER HATCH, AS TRUSTEE OF THE HATCH 1987 REVOCABLE TRUST; RICHARD L. GREENE, AS TRUSTEE OF THE HATCH IRREVOCABLE TRUST; BROOKS WALKER, JR., AS TRUSTEE OF THE BROOKS WALKER, JR. REVOCABLE TRUST AND THE DELLA WALKER VAN LOBEN SELS TRUST FOR THE ISSUE OF BROOKS WALKER, JR.; BROOKS WALKER III, INDIVIDUALLY AND AS TRUSTEE OF THE CLAYTON BROOKS DANIELSEN TRUST, THE MYLES WALKER DANIELSEN TRUST, THE MARGARET CHARLOTTE BURLOCK TRUST, AND THE BENJAMIN WALKER BURLOCK TRUST; LESLIE WALKER, INDIVIDUALLY AND AS TRUSTEE OF THE BROOKS THOMAS WALKER TRUST, THE SUSIE KATE WALKER TRUST AND THE DELL GRACE WALKER TRUST; WELLINGTON SMITH HENDERSON, JR., AS TRUSTEE OF THE HENDERSON REVOCABLE TRUST;  ELENA D. HENDERSON; MARK W. HENDERSON, AS TRUSTEE OF THE
[CAPTION CONTINUED ON NEXT PAGE]

Case No.  2:11-CV-01250 KJM-EFB

**DECLARATION OF ANNIE S. AMARAL IN SUPPORT OF PLAINTIFFS' OBJECTION TO AND MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD SUBMITTED BY DEFENDANT UNITED STATES DEPARTMENT OF AGRICULTURE**

Date:        December 14, 2011
Time:        10:00 a.m.
Judge:       Hon. Kimberly J. Mueller
Courtroom:   3
Trial Date:  April 23, 2012

1200218.1

1

DECL. OF ANNIE S. AMARAL ISO OBJECTION TO AND MOTION TO SUPPLEMENT RECORD

| | |
|---|---|
| 1 | MARK W. HENDERSON REVOCABLE TRUST; JOHN C. WALKER, |
| 2 | INDIVIDUALLY AND AS TRUSTEE OF THE DELLA WALKER VAN LOBEN |
| 3 | SELS FOR THE ISSUE OF JOHN C. WALKER; JAMES A. HENDERSON; |
| 4 | CHARLES C. HENDERSON AS TRUSTEE OF THE CHARLES C. AND |
| 5 | KIRSTEN HENDERSON REVOCABLE TRUST; JOAN H. HENDERSON; |
| 6 | JENNIFER WALKER, INDIVIDUALLY AND AS TRUSTEE OF THE EMMA |
| 7 | WALKER SILVERMAN TRUST AND THE MAX WALKER SILVERMAN |
| 8 | TRUST; KIRBY WALKER; AND LINDSEY WALKER, a.k.a. LINDSEY |
| 9 | WALKER-SILVERMAN, INDIVIDUALLY AND AS TRUSTEE OF |
| 10 | THE REILLY HUDSON KEENAN TRUST AND THE MADISON |
| 11 | FLANDERS KEENAN TRUST; EUNICE E. HOWELL, INDIVIDUALLY AND |
| 12 | DOING BUSINESS AS HOWELL'S FOREST HARVESTING COMPANY; |
| 13 | KELLY CRISMON, an individual; and JW BUSH, |
| 14 | |
| 15 | Plaintiffs, |
| 16 | v. |
| 17 | UNITED STATES DEPARTMENT OF AGRICULTURE, |
| 18 | Defendant. |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1200218.1                                    2

DECL. OF ANNIE S. AMARAL ISO OBJECTION TO AND MOTION TO SUPPLEMENT RECORD

Law Offices of
Matheny Sears Linkert & Jaime, LLP
RICHARD S. LINKERT, ESQ. (SBN 88756)
KATHERINE E. UNDERWOOD, ESQ. (SBN 249308)
3638 American River Drive
Sacramento, CA  95864
Telephone:  (916) 978-3434
Facsimile:  (916) 978-3430

Attorneys for Plaintiffs W.M. Beaty and Associates and Landowner Plaintiffs

Phillip R. Bonotto, Esq.
State Bar No. 109257
Derek VanDevivir, Esq.
State Bar No. 227902
RUSHFORD & BONOTTO, LLP
2277 Fair Oaks Blvd., Suite 495
Sacramento, CA 95825
Sacramento, CA  95825
(916) 565-0590
Attorneys for Plaintiffs Eunice E. Howell, individually and d/b/a Howell's Forest Harvesting Co., J.W. Bush, and Kelly Crismon

1200218.1

3

DECL. OF ANNIE S. AMARAL ISO OBJECTION TO AND MOTION TO SUPPLEMENT RECORD

I, ANNIE S. AMARAL, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and I am an associate at Downey Brand LLP, attorneys of record for Plaintiff SIERRA PACIFIC INDUSTRIES. I have personal knowledge of the facts set forth herein, except for those matters stated upon information and belief and if called upon to testify, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the deposition transcript of Karen M. Juska, taken in *United States of America v. Sierra Pacific Industries*, et al., Case No. 2:09-cv-KJM-EFB, dated January 26, 2011. **[FILED UNDER SEAL]**

3. Attached hereto as **Exhibit B** is a true and correct copy of a letter from William R. Warne to Kelli L. Taylor and Todd A. Pickles, dated January 28, 2011.

4. Attached hereto as **Exhibit C** is a true and correct copy of a letter to William R. Warne from Todd A. Pickles, dated February 4, 2011.

5. Attached hereto as **Exhibit D** is a true and correct copy of a letter to Rachel A. Birkey from William R. Warne, dated February 24, 2011.

6. Attached hereto as **Exhibit E** is a true and correct copy of the deposition transcript of Brigitte Foster, taken in *United States of America v. Sierra Pacific Industries*, et al., Case No. 2:09-cv-KJM-EFB, dated March 3, 2011. **[FILED UNDER SEAL]**

7. Attached hereto as **Exhibit F** is a true and correct copy of the deposition transcript of Leslie Curtis, taken in *United States of America v. Sierra Pacific Industries*, et al., Case No. 2:09-cv-KJM-EFB, dated March 17, 2011.

8. Attached hereto as **Exhibit G** is a true and correct copy of a letter to William R. Warne from Todd A. Pickles, dated March 21, 2011.

9. Attached hereto as **Exhibit H** is a true and correct copy of the deposition transcript of Diane S. Welton, taken in *United States of America v. Sierra Pacific Industries*, et al., Case No. 2:09-cv-KJM-EFB, dated March 21, 2011. **[FILED UNDER SEAL]**

10. Attached hereto as **Exhibit I** is a true and correct copy of a letter to Todd A. Pickles from William R. Warne, dated March 24, 2011.

11. Attached hereto as **Exhibit J** is a true and correct copy of the deposition transcript of Lawrence Craggs, taken in *United States of America v. Sierra Pacific Industries*, et al., Case No. 2:09-cv-KJM-EFB, dated April 7, 2011. **[FILED UNDER SEAL]**

12. Attached hereto as **Exhibit K** is a true and correct copy of the deposition transcript of Marion Matthews, taken in *United States of America v. Sierra Pacific Industries*, et al., Case No. 2:09-cv-KJM-EFB, dated April 26, 2011. **[FILED UNDER SEAL]**

13. Attached hereto as **Exhibit L** is a true and correct copy of the deposition transcript of Randy Jennings, taken in *United States of America v. Sierra Pacific Industries*, et al., Case No. 2:09-cv-KJM-EFB, dated May 9, 2011. **[FILED UNDER SEAL]**

14. Attached hereto as **Exhibit M** is a true and correct copy of the deposition subpoena of Alice Carlton, served in *California Department of Forestry and Fire Protection v. Eunice E. Howell, et al.*, Plumas County Superior Court, Case No. CV09-00205, dated May 9, 2011.

15. Attached hereto as **Exhibit N** is a true and correct copy of the deposition subpoena of David Loomis, served in *California Department of Forestry and Fire Protection v. Eunice E. Howell, et al.*, Plumas County Superior Court, Case No. CV09-00205, dated May 12, 2011.

16. Attached hereto as **Exhibit O** is a true and correct copy of the deposition transcript of Ron Heinbockel, taken in *United States of America v. Sierra Pacific Industries*, et al., Case No. 2:09-cv-KJM-EFB, dated May 16, 2011. **[FILED UNDER SEAL]**

17. Attached hereto as **Exhibit P** is a true and correct copy of the deposition transcript of Dave Loomis, taken in *United States of America v. Sierra Pacific Industries*, et al., Case No. 2:09-cv-KJM-EFB, dated June 3, 2011. **[FILED UNDER SEAL]**

18. Attached hereto as **Exhibit Q** is a true and correct copy of the trial subpoena of Alice Carlton, served in *California Department of Forestry and Fire Protection v. Eunice E. Howell, et al.*, Plumas County Superior Court, Case No. CV09-00205, dated June 17, 2011.

19. Attached hereto as **Exhibit R** is a true and correct copy of the deposition transcript of Alice B. Carlton, taken in *United States of America v. Sierra Pacific Industries*, et al., Case No. 2:09-cv-KJM-EFB, dated June 17, 2011. **[FILED UNDER SEAL]**

20. Attached hereto as **Exhibit S** is a true and correct copy of a letter to William R. Warne from Rachel A. Birkey, dated June 28, 2011.

21. Attached hereto as **Exhibit T** is a true and correct copy of the deposition transcript of Maria Garcia, taken in *United States of America v. Sierra Pacific Industries*, et al., Case No. 2:09-cv-KJM-EFB, dated August 12, 2011. **[FILED UNDER SEAL]**.

22. Attached hereto as **Exhibit U** is a true and correct copy of the deposition transcript of Diane S. Welton, taken in *United States of America v. Sierra Pacific Industries*, et al., Case No. 2:09-cv-KJM-EFB, dated August 15, 2011. **[FILED UNDER SEAL]**

23. Attached hereto as **Exhibit V** is a true and correct copy of the United States of America's Privilege Log in Response to All Defendants, served in *United States of America v. Sierra Pacific Industries*, et al., Case No. 2:09-cv-KJM-EFB, dated September 2011.

24. Attached hereto as **Exhibit W** is a true and correct copy of the trial subpoena of Randy Jennings, served in *California Department of Forestry and Fire Protection v. Eunice E. Howell, et al.*, Plumas County Superior Court, Case No. CV09-00205, dated September 28, 2011.

25. Attached hereto as **Exhibit X** is a true and correct copy of the trial subpoena of Diane Welton, served in *California Department of Forestry and Fire Protection v. Eunice E. Howell, et al,* Plumas County Superior Court, Case No. CV09-00205, dated September 28, 2011.

26. Attached hereto as **Exhibit Y** is a true and correct copy of the trial subpoena of Ron Heinbockel, served in *California Department of Forestry and Fire Protection v. Eunice E. Howell, et al.*, Plumas County Superior Court, Case No. CV09-00205, dated September 28, 2011.

27. Attached hereto as **Exhibit Z** is a true and correct copy of the trial subpoena of Leslie Curtis, served in *California Department of Forestry and Fire Protection v. Eunice E. Howell, et al.*, Plumas County Superior Court, Case No. CV09-00205, dated September 28, 2011.

28. Attached hereto as **Exhibit AA** is a true and correct copy of the trial subpoena of Larry Craggs, served in *California Department of Forestry and Fire Protection v. Eunice E. Howell, et al.*, Plumas County Superior Court, Case No. CV09-00205, dated September 28, 2011.

29. Attached hereto as **Exhibit BB** is a true and correct copy of the trial subpoena of Karen M. Juska, served in *California Department of Forestry and Fire Protection v. Eunice E.*

1  *Howell, et al.*, Plumas County Superior Court, Case No. CV09-00205, dated September 28, 2011.

2  30.   Attached hereto as **Exhibit CC** is a true and correct copy of the trial subpoena of
3  Brigitte Foster, served in *California Department of Forestry and Fire Protection v. Eunice E.*
4  *Howell, et al.*, Plumas County Superior Court, Case No. CV09-00205, dated September 28, 2011.

5  31.   Attached hereto as **Exhibit DD** is a true and correct copy of the trial subpoena of
6  Marion Matthews, served in *California Department of Forestry and Fire Protection v. Eunice E.*
7  *Howell, et al.*, Plumas County Superior Court, Case No. CV09-00205, dated September 28, 2011.

8  32.   Attached hereto as **Exhibit EE** is a true and correct copy of the deposition
9  subpoena of Maria Garcia, served in *California Department of Forestry and Fire Protection v.*
10 *Eunice E. Howell, et al.*, Plumas County Superior Court, Case No. CV09-00205, dated October
11 17, 2011.

12 33.   Attached hereto as **Exhibit FF** is a true and correct copy of a letter to Todd Pickles
13 and Rachel A. Birkey from William R. Warne, dated October 14, 2011.

14 34.   Attached hereto as **Exhibit GG** is a true and correct copy of a letter to Todd
15 Pickles and Rachel A. Birkey from William R. Warne, dated October 18, 2011.

16 35.   Attached hereto as **Exhibit HH** is a true and correct copy of a letter to William
17 Warne from Rachel A. Birkey, dated October 18, 2011.

18 36.   Attached hereto as **Exhibit II** is a true and correct copy of a letter to Todd Pickles
19 from Annie S. Amaral, dated November 21, 2011.  This letter identified the documents Plaintiffs
20 believe should be included in the Administrative Record, and sought to determine whether or not
21 Defendant would oppose Plaintiffs' efforts to have the documents included.  Defendant did not
22 indicate whether or not it would oppose Plaintiffs' Objection and Motion before the time of filing.

23 37.   Attached hereto as **Exhibit JJ** is a true and correct copy of a letter to William
24 Warne from Rachel A. Birkey, dated November 22, 2011.

25 / / /
26 / / /
27 / / /
28 I declare under penalty of perjury pursuant to the laws of the State of California and the

1  United States that the foregoing is true and correct and that this Declaration was executed on
2  November 23, 2011, at Sacramento, California.

*/s/ Annie S. Amaral*
ANNIE S. AMARAL