DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
JANLYNN R. FLEENER (Bar No. 169385)
ELIZABETH B. STALLARD (Bar No. 221445)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
bwarne@downeybrand.com
jfleener@downeybrand.com
estallard@downeybrand.com
aamaral@downeybrand.com

[Counsel for additional plaintiffs listed on next page]

Attorneys for Plaintiff
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SIERRA PACIFIC INDUSTRIES; W.M. BEATY AND ASSOCIATES, INC.; ANN MCKEEVER HATCH, AS TRUSTEE OF THE HATCH 1987 REVOCABLE TRUST; RICHARD L. GREENE, AS TRUSTEE OF THE HATCH IRREVOCABLE TRUST; BROOKS WALKER, JR., AS TRUSTEE OF THE BROOKS WALKER, JR. REVOCABLE TRUST AND THE DELLA WALKER VAN LOBEN SELS TRUST FOR THE ISSUE OF BROOKS WALKER, JR.; BROOKS WALKER III, INDIVIDUALLY AND AS TRUSTEE OF THE CLAYTON BROOKS DANIELSEN TRUST, THE MYLES WALKER DANIELSEN TRUST, THE MARGARET CHARLOTTE BURLOCK TRUST, AND THE BENJAMIN WALKER BURLOCK TRUST; LESLIE WALKER, INDIVIDUALLY AND AS TRUSTEE OF THE BROOKS THOMAS WALKER TRUST, THE SUSIE KATE WALKER TRUST AND THE DELL GRACE WALKER TRUST; WELLINGTON SMITH HENDERSON, JR., AS TRUSTEE OF THE HENDERSON REVOCABLE TRUST;  ELENA D. HENDERSON; MARK W. HENDERSON, AS TRUSTEE OF THE
[CAPTION CONTINUED ON NEXT PAGE]

Case No.  2:11-CV-01250 KJM-EFB

**NOTICE OF REQUEST TO SEAL DOCUMENTS IN CONNECTION WITH PLAINTIFFS' OBJECTION TO AND MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD SUBMITTED BY DEFENDANT UNITED STATES DEPARTMENT OF AGRICULTURE**

Date:         December 14, 2011
Time:         10:00 a.m.
Judge:        Hon. Kimberly J. Mueller
Courtroom: 3
Trial Date: April 23, 2012

1200370.1

1

| | |
|---|---|
| 1 | MARK W. HENDERSON REVOCABLE TRUST; JOHN C. WALKER, |
| 2 | INDIVIDUALLY AND AS TRUSTEE OF THE DELLA WALKER VAN LOBEN |
| 3 | SELS FOR THE ISSUE OF JOHN C. WALKER; JAMES A. HENDERSON; |
| 4 | CHARLES C. HENDERSON AS TRUSTEE OF THE CHARLES C. AND |
| 5 | KIRSTEN HENDERSON REVOCABLE TRUST; JOAN H. HENDERSON; |
| 6 | JENNIFER WALKER, INDIVIDUALLY AND AS TRUSTEE OF THE EMMA |
| 7 | WALKER SILVERMAN TRUST AND THE MAX WALKER SILVERMAN |
| 8 | TRUST; KIRBY WALKER; AND LINDSEY WALKER, a.k.a. LINDSEY |
| 9 | WALKER-SILVERMAN, INDIVIDUALLY AND AS TRUSTEE OF |
| 10 | THE REILLY HUDSON KEENAN TRUST AND THE MADISON |
| 11 | FLANDERS KEENAN TRUST; EUNICE E. HOWELL, INDIVIDUALLY AND |
| 12 | DOING BUSINESS AS HOWELL'S FOREST HARVESTING COMPANY; |
| 13 | KELLY CRISMON, an individual; and JW BUSH, |
| 14 | |
| 15 | Plaintiffs, |
| 16 | v. |
| 17 | UNITED STATES DEPARTMENT OF AGRICULTURE, |
| 18 | Defendant. |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1200370.1

2

NOTICE OF REQUEST TO SEAL RE OBJECTION TO AND MOTION TO SUPPLEMENT RECORD

Law Offices of
Matheny Sears Linkert & Jaime, LLP
RICHARD S. LINKERT, ESQ. (SBN 88756)
KATHERINE E. UNDERWOOD, ESQ. (SBN 249308)
3638 American River Drive
Sacramento, CA  95864
Telephone:  (916) 978-3434
Facsimile:  (916) 978-3430

Attorneys for Plaintiffs W.M. Beaty and Associates and Landowner Plaintiffs

Phillip R. Bonotto, Esq.
State Bar No. 109257
Derek VanDevivir, Esq.
State Bar No. 227902
RUSHFORD & BONOTTO, LLP
2277 Fair Oaks Blvd., Suite 495
Sacramento, CA 95825
Sacramento, CA  95825
(916) 565-0590
Attorneys for Plaintiffs Eunice E. Howell, individually and d/b/a Howell's Forest Harvesting Co., J.W. Bush, and Kelly Crismon

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Please take notice that Plaintiffs Sierra Pacific Industries ("Sierra Pacific"),W.M. Beaty and Associates, Inc. ("Beaty"), Ann McKeever Hatch, *et al.* (the "Landowner Defendants"), and Howell's Forest Harvesting Products ("Howell") have submitted a request to the Court to seal Exhibits A, E, H, J, K, L, O, P, R, T and U to the Declaration of Annie S. Amaral In Support of Plaintiffs' Objection to and Motion to Supplement the Administrative Record Submitted by Defendant United States Department of Agriculture ("Amaral Declaration").

The United States of America has designated part or all of Exhibits A, E, H, J, K, L, O, P, R, T and U to the Amaral Declaration as "Confidential" pursuant to the Stipulated Protective Order entered in related case 2:09-cv-2445-KJM-EFB.  According to the Protective Order, "without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons, a Party may not file in the public record in this Action any Confidential Information.  A Party that seeks to file under seal any Confidential Information must comply with Local Rule 141."  Under Local Rule 141, a request to seal documents must "set forth the statutory or other authority for sealing, the requested duration, and all other relevant information."

Plaintiffs understand that the United States believes that part or all of the information contained in these deposition transcripts falls within the "Confidentiality" definition of the Protective Order.  Plaintiffs also understand that the United States believes these documents should be sealed and made inaccessible to members of the public.

Plaintiffs will submit this Notice of Request to Seal Documents, along with its Request to Seal Documents, its proposed order, and the documents to be filed under seal, to the Court via e-mail to Judge Mueller's proposed orders e-mail box.  These documents will be simultaneously provided to all other parties in this matter via that email.  Plaintiffs are also serving the materials on all other parties in this matter via U.S. first-class mail.

/ / /

/ / /

/ / /

DATED:  November 23, 2011        DOWNEY BRAND LLP


By: /s/ *Janlynn R. Fleener*
JANLYNN R. FLEENER
Attorney for Plaintiff
SIERRA PACIFIC INDUSTRIES

DATED:  November 23, 2011        MATHENY SEARS LINKERT & JAIME, LLP


By: /s/ *Richard S. Linkert*
RICHARD S. LINKERT
Attorneys For Plaintiff
W.M. BEATY AND ASSOCIATES AND THE
WALKER FAMILY LANDOWNERS

DATED:  November 23, 2011        RUSHFORD & BONOTTO, LLP


By: /s/ *Phillip Bonotto*
PHILLIP BONOTTO
Attorneys for Plaintiffs
EUNICE E. HOWELL, INDIVIDUALLY AND
DOING BUSINESS AS HOWELL'S FOREST
HARVESTING COMPANY; KELLY CRISMON,
AND JW BUSH