DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
JANLYNN R. FLEENER (Bar No. 169385)
ELIZABETH B. STALLARD (Bar No. 221445)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
bwarne@downeybrand.com
jfleener@downeybrand.com
estallard@downeybrand.com
aamaral@downeybrand.com

Attorneys for Plaintiff
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA PACIFIC INDUSTRIES, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>　　　　　　Defendant. | Case No.  2:11-CV-01250 KJM-EFB<br><br>**NOTICE OF LODGING DEPOSITION TRANSCRIPTS**<br><br>Judge:　　Hon. Kimberly J. Mueller<br>Trial Date: April 23, 2012 |

1211376.1

| | |
|---|---|
| 1 | Law Offices of<br>Matheny Sears Linkert & Jaime, LLP |
| 2 | RICHARD S. LINKERT, ESQ. (SBN 88756)<br>KATHERINE E. UNDERWOOD, ESQ. (SBN 249308) |
| 3 | 3638 American River Drive<br>Sacramento, CA  95864 |
| 4 | Telephone:  (916) 978-3434<br>Facsimile:  (916) 978-3430 |
| 5 | |
| | Attorneys for Plaintiffs W.M. Beaty and Associates and Landowner Plaintiffs |
| 6 | |
| 7 | Phillip R. Bonotto, Esq.<br>State Bar No. 109257 |
| 8 | Derek VanDevivir, Esq.<br>State Bar No. 227902 |
| | RUSHFORD & BONOTTO, LLP |
| 9 | 2277 Fair Oaks Blvd., Suite 495<br>Sacramento, CA 95825 |
| 10 | Sacramento, CA  95825<br>(916) 565-0590 |
| 11 | Attorneys for Plaintiffs Eunice E. Howell, individually and d/b/a Howell's Forest<br>Harvesting Co., J.W. Bush, and Kelly Crismon |
| 12 | |

1211376.1                                              1

NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS

1  NOTICE IS HEREBY GIVEN that on January 31, 2012, Defendant SIERRA PACIFIC
2  INDUSTRIES lodged with the Clerk of the Court copies of the following certified deposition
3  transcripts:

    1. Karen M. Juska, Volume 1;
    2. Brigitte Foster, Volume 1;
    3. Leslie Curtis, Volume 1;
    4. Diane S. Welton, Volumes 1 and 2;
    5. Lawrence Craggs, Volume 1;
    6. Marion Matthews, Volume 1;
    7. Randy Jennings, Volume 1;
    8. Ron Heinbockel, Volume 1;
    9. Dave Loomis, Volume 1;
    10. Alice B. Carlton, Volume 1;
    11. Maria Garcia, Volume 1.

DATED: January 31, 2012            DOWNEY BRAND LLP

By: /s/ *Elizabeth B. Stallard*
ELIZABETH B. STALLARD
Attorney for Plaintiff
SIERRA PACIFIC INDUSTRIES

1211376.1    2

NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS