DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
JANLYNN R. FLEENER (Bar No. 169385)
ELIZABETH B. STALLARD (Bar No. 221445)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
bwarne@downeybrand.com
jfleener@downeybrand.com
estallard@downeybrand.com
aamaral@downeybrand.com

Attorneys for Plaintiff
SIERRA PACIFIC INDUSTRIES

[Counsel for additional plaintiffs listed on next page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SIERRA PACIFIC INDUSTRIES, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE,

Defendant.

Case No. 2:11-CV-01250 KJM-EFB

**JOINT NOTICE OF FILING CHART (PURSUANT TO COURT'S MARCH 13, 2012, ORDER)**

Date: March 12, 2012
Time: 9:00 a.m.
Judge: Hon. Kimberly J. Mueller
Courtroom: 3

Law Offices of
Matheny Sears Linkert & Jaime, LLP
RICHARD S. LINKERT, ESQ. (SBN 88756)
KATHERINE E. UNDERWOOD, ESQ. (SBN 249308)
3638 American River Drive
Sacramento, CA 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Plaintiffs W.M. Beaty and Associates and Landowner Plaintiffs

Phillip R. Bonotto, Esq.
State Bar No. 109257
Derek VanDevivir, Esq.
State Bar No. 227902
RUSHFORD & BONOTTO, LLP
2277 Fair Oaks Blvd., Suite 495
Sacramento, CA 95825
Sacramento, CA 95825
(916) 565-0590
Attorneys for Plaintiffs Eunice E. Howell, individually and d/b/a Howell's Forest Harvesting Co., J.W. Bush, and Kelly Crismon

In accordance with the Court's March 13, 2012, Order (hereinafter, "Order"), Plaintiffs Sierra Pacific Industries ("Sierra Pacific"),W.M. Beaty and Associates, Inc. ("Beaty"), Ann McKeever Hatch, *et al.* (the "Landowner Defendants"), and Howell's Forest Harvesting Products ("Howell"), along with Defendant United States Department of Agriculture ("USDA"), file the attached chart.

The chart was created in the following manner. First, Plaintiffs inserted the names of relevant witnesses and the dates on which deposition and/or trial subpoenas were issued to those witnesses. Next the USDA inserted the dates on which it contends final decisions were made with respect to whether or not to allow the deposition and/or trial testimony of these witnesses, and identified the documents in the Administrative Record (by bates number) supporting the dates it included in the chart. Finally, pursuant to the Court's permission, Plaintiffs inserted information in footnotes regarding the dates identified by the USDA and the documents the USDA contends support those identified dates.

The USDA had no role in editing or creating the footnotes, and does not approve of or accept the information contained therein. Further, the USDA objects to the footnotes because they contain new argument that was not set forth in Plaintiffs' briefs or at the hearing before the Court on March 13, 2012, at which time the matter was submitted. The USDA, therefore, has been deprived of the opportunity to respond to this new argument.

Moreover, Plaintiffs, for the reasons addressed extensively in their papers, do not accept the USDA's representations as to when it alleges final decisions occurred with respect to the decision to make the relevant witnesses available for deposition and/or trial testimony.

///

///

///

///

///

///

///

DATED: March 20, 2012

DOWNEY BRAND LLP

By: /s/ *Janlynn R. Fleener*
JANLYNN R. FLEENER
Attorney for Plaintiff
SIERRA PACIFIC INDUSTRIES

DATED: March 20, 2012

MATHENY SEARS LINKERT & JAIME, LLP

By: /s/ *Richard S. Linkert*
RICHARD S. LINKERT
Attorneys For Plaintiff
W.M. BEATY AND ASSOCIATES AND THE WALKER FAMILY LANDOWNERS

DATED: March 20, 2012

RUSHFORD & BONOTTO, LLP

By: /s/ *Phillip Bonotto*
PHILLIP BONOTTO
Attorneys for Plaintiffs
EUNICE E. HOWELL, INDIVIDUALLY AND DOING BUSINESS AS HOWELL'S FOREST HARVESTING COMPANY; KELLY CRISMON, AND JW BUSH

DATED: March 20, 2012

BENJAMIN B. WAGNER
United States Attorney

BY: /s/ *Todd A. Pickles*
TODD A.PICKLES
Assistant United States Attorneys

| Deponent/Witness Name | Type of Subpoena(s)/Date(s) Issued | Date(s) of *Touhy* Decision(s) | Record Cite(s) |
|---|---|---|---|
| Alice Carlton | Deposition – 4/14/11 | 5/18/11 | AR_140-49[1] |
| | Trial – 6/17/11 | 11/18/11 | AR_150-158[2] |
| Larry Craggs | Deposition – 3/11/11 | 3/25/11 | AR_65-77[3] |
| | Trial – 9/28/11 | 11/18/11 | AR_219-227[4] |
| Les Curtis | Deposition – 1/6/11 | 2/9/11 | AR_33-49[5] |
| | Trial – 9/28/11 | 11/18/11 | AR_228-235[6] |
| Brigitte Foster | Deposition – 3/15/11 | 4/15/11 | AR_102-110[7] |

---

[1] AR_140-41 is the deposition subpoena issued by Sierra Pacific. The Form RS-FS-1500-4 (AR_142-44) is undated. The form letters entitled "Notification of Request to Testify" (AR_145-46) and "Determination to Deny Testimony of Alice Carlton" (AR_147-49) contain the typewritten date of May 18, 2011, but do not contain actual signatures.

[2] Although the trial subpoena to Ms. Carlton was issued on June 17, 2011 (AR_151-52) the cover letter from Regional Forester Kent Connaughton to Randy Moore advising Mr. Moore of the existence of Ms. Carlton's trial subpoena and requesting that Mr. Moore make a determination with respect to the trial subpoena is dated November 2, 2011, *five months after the trial subpoena was issued and only two weeks before the USDA alleges it made its decision with respect to Ms. Carlton's trial testimony*. (AR_150). The Form RS-FS-1500-4 (AR_153-55) is undated. The form letters entitled "Notification of Request to Testify" (AR_156) and "Determination to Deny Testimony of Alice Carlton" (AR_157-58) contain the typewritten date of November 18, 2011, but do not contain actual signatures.

[3] AR_71-73 and AR_77 are the deposition subpoena issued by Sierra Pacific (multiple copies). The form letters entitled "Notification of Request to Testify" (AR_67) and "Determination to Deny Testimony of Lawrence 'Larry' Craggs" (AR_65-66) contain the typewritten date of March 25, 2011, but do not contain actual signatures. Notably, the Administrative Record contains two versions of the Form RS-FS-1500-4 with respect to this determination that appear identical (including containing multiple identical typographical errors). However, the two documents contain different signatures. One version (AR_74-76) contains the undated signatures of Michael Donald and Alice Carlton. The other version (AR_68-70) contains three authorizing signatures, including *different* signatures by both Michael Donald and Alice Carlton, and the date of March 24, 2011, inserted next to Ms. Carlton's signature.

[4] AR_219-20 is the trial subpoena issued by Sierra Pacific. The Form RS-FS-1500-4 (AR_221-23) is undated. The form letters entitled "Notification of Request to Testify" (AR_224) and "Determination to Deny Testimony of Larry Craggs" (AR_225-27) contain the typewritten date of November 18, 2011, but do not contain actual signatures.

[5] AR_37-43 is the deposition subpoena issued by Sierra Pacific (various copies). The Form RS-FS-1500-4 (AR_44-46) is undated. The form letters entitled "Notification of Request to Testify" (AR_36) and "Determination to Deny Testimony of Les Curtis" (AR_33-35) contain the typewritten date of February 9, 2011, but do not contain actual signatures.

[6] AR_228-29 is the trial subpoena issued by Sierra Pacific. The Form RS-FS-1500-4 (AR_230-32) is undated. The form letters entitled "Notification of Request to Testify" (AR_233) and "Determination to Deny Testimony of Les Curtis" (AR_234-35) contain the typewritten date of November 18, 2011, but do not contain actual signatures.

[7] The form letters entitled "Notification of Request to Testify" (AR_104) and "Determination to Deny Testimony of Brigitte Foster" (AR_102-03) contain the typewritten date of April 15, 2011, but do not contain actual signatures. Only one of the three signatures on the Form RS-FS-1500-4 (AR_106-08) is dated, that of Ron Heinbockel dated April 6, 2011. AR_109-10 is the deposition subpoena issued by Sierra Pacific.

| Deponent/Witness Name | Type of Subpoena(s)/Date(s) Issued | Date(s) of *Touhy* Decision(s) | Record Cite(s) |
|---|---|---|---|
| | Trial – 9/28/11 | 11/18/11 | AR_236-243[8] |
| Maria Garcia | Deposition – 10/17/11 | 11/4/11 | AR_159-172[9] |
| | Trial – 8/12/11 | 11/18/11 | AR_173-181[10] |
| Ron Heinbockel | Deposition – 4/14/11 | 5/18/11 | AR_93-101[11] |
| | Trial – 9/28/11 | 11/18/11 | AR_210-218[12] |
| Randy Jennings | Deposition – 4/14/11 | 5/18/11 | AR_83-92[13] |
| | Trial – 9/28/11 | 11/18/11 | AR_202-209[14] |

---

[8] AR_236-37 is the trial subpoena issued by Sierra Pacific. The Form RS-FS-1500-4 (AR_238-40) contains three signatures, only two of which are dated: Ron Heinbockel on October 20, 2011, and Earl W. Ford on October 24, 2011. The form letters entitled "Notification of Request to Testify" (AR_241) and "Determination to Deny Testimony of Brigitte Foster" (AR_242-43) contain the typewritten date of November 18, 2011, but do not contain actual signatures.

[9] AR_159, the cover letter from Regional Forester Corbin L. Newman, Jr. to Randy Moore informing Mr. Moore of the deposition subpoena to Maria Garcia and requesting that Mr. Moore make a determination with respect to the subpoena is dated November 3, 2011, *the day before the USDA claims it made its final decision with respect to whether or not to make Ms. Garcia available for deposition testimony*. AR_160-64 is the deposition subpoena issued by Sierra Pacific. The Form RS-FS-1500-4 (AR_142-44) is undated, and contains only one of the four required authorizing signatures. The form letters entitled "Notification of Request to Testify" (AR_168-69) and "Determination to Deny Testimony of Maria T. Garcia" (AR_170-72) contain the typewritten date of November 4, 2011, but do not contain actual signatures.

[10] AR_173-75 is the trial subpoena issued by Sierra Pacific. The Form RS-FS-1500-4 (AR_176-78) is undated: The form letters entitled "Notification of Request to Testify" (AR_179) and "Determination to Deny Testimony of Maria T. Garcia" (AR_180-81) contain the typewritten date of November 18, 2011, but do not contain actual signatures.

[11] AR_98-99 is the deposition subpoena issued by Sierra Pacific. The Form RS-FS-1500-4 (AR_100-01) is undated. The form letters entitled "Notification of Request to Testify" (AR_96-97) and "Determination to Deny Testimony of Ron Heinbockel" (AR_93-95) contain the typewritten date of May 18, 2011, but do not contain actual signatures.

[12] AR_210-11 is the trial subpoena issued by Sierra Pacific. The Form RS-FS-1500-4 (AR_212-14) is undated: The form letters entitled "Notification of Request to Testify" (AR_215-16) and "Determination to Deny Testimony of Ron Heinbockel" (AR_217-18) contain the typewritten date of November 18, 2011, but do not contain actual signatures.

[13] AR_88-89 is the deposition subpoena issued by Sierra Pacific. The Form RS-FS-1500-4 (AR_90-92) contains three signatures, only one of which is dated: Alice Carlton on a date in April 2011 (the day cannot be determined from the copy of the document produced to Plaintiffs). The form letters entitled "Notification of Request to Testify" (AR_86-87) and "Determination to Deny Testimony of Randy Jennings" (AR_83-85) contain the typewritten date of May 18, 2011, but do not contain actual signatures.

[14] AR_202-03 is the trial subpoena issued by Sierra Pacific. The Form RS-FS-1500-4 (AR_204-06) contains three signatures, only one of which is dated: Earl Ford on October 24, 2011: The form letters entitled "Notification of Request to Testify" (AR_207) and "Determination to Deny Testimony of Randy Jennings" (AR_208-09) contain the typewritten date of November 18, 2011, but do not contain actual signatures.

***Sierra Pacific Industries, et al. v. United States Department of Agriculture***

| Deponent/Witness Name | Type of Subpoena(s)/Date(s) Issued | Date(s) of *Touhy* Decision(s) | Record Cite(s) |
|---|---|---|---|
| Karen Juska | Deposition – 3/11/11 | 3/25/11 | AR_50-58[15] |
| | Trial – 9/28/11 | 11/18/11 | AR_194-201[16] |
| Dave Loomis | Deposition – 5/12/11 | 6/16/11 | AR_182-193[17] |
| | Trial – n/a | | |
| Marion Matthews | Deposition – 3/11/11 | 4/12/11 | AR_78-82[18] |
| | Trial – 9/28/11 | 12/16/11 | AR_248-253[19] |
| Diane Welton | Deposition – 3/11/11 | 4/12/11 | AR_59-64[20] |

---

[15] AR_58 is the deposition subpoena issued by Sierra Pacific. The Form RS-FS-1500-4 (AR_55-57) contains three signatures, only two of which are dated: Ron Heinbockel on March 18, 2011, and Alice Carlton on March 21, 2011. The form letters entitled "Notification of Request to Testify" (AR_53-54) and "Determination to Deny Testimony of Karen Juska" (AR_50-52) contain the typewritten date of March 25, 2011, but do not contain actual signatures.

[16] AR_194-95 is the trial subpoena issued by Sierra Pacific. The Form RS-FS-1500-4 (AR_196-98) contains three signatures, only two of which are dated: Ron Heinbockel on October 18, 2011, and Earl Ford on October 24, 2011: The form letters entitled "Notification of Request to Testify" (AR_199) and "Determination to Deny Testimony of Karen Juska" (AR_200-01) contain the typewritten date of November 18, 2011, but do not contain actual signatures.

[17] AR_182-188 is the deposition subpoena issued by Sierra Pacific. AR_189, the cover letter from Regional Forester Rick D. Cables to Randy Moore informing Mr. Moore of the deposition subpoena to Mr. Loomis and requesting that Mr. Moore make a determination with respect to the subpoena is dated May 31, 2011, approximately two weeks before the USDA alleges that it made its final decision with respect to whether or not to make Mr. Loomis available for deposition testimony. The form letters entitled "Notification of Request to Testify" (AR_190-91) and "Determination to Deny Testimony of David E. Loomis" (AR_192-93) contain the typewritten date of June 16, 2011, but do not contain actual signatures. *The USDA has not identified a Form RS-FS-1500-4 with respect to the determination to deny Mr. Loomis' deposition testimony.*

[18] AR_79-80 is the deposition subpoena issued by Sierra Pacific. The Form RS-FS-1500-4 (AR_81-82) is undated, and only contains two of the three required signatures. The form letter entitled "Denial of Authorization to Testify" (AR_78) contains a stamped date of April 12, 2011. *The USDA has not identified a "Notification of Request to Testify" with respect to the determination to deny Ms. Matthews' deposition testimony.*

[19] AR_248-49 is the trial subpoena issued by Sierra Pacific. The Form RS-FS-1500-4 (AR_250-52) contains only two of the three required signatures, only one of which is dated: Sharmian L. White on December 15, 2011 The form letter entitled "Denial of Authorization to Testify" (AR_253) contains a stamped date of December 16, 2011. *The USDA has not identified a "Notification of Request to Testify" with respect to the determination to deny Ms. Matthews' trial testimony.*

[20] AR_60-61 is the deposition subpoena issued by Sierra Pacific. The Form RS-FS-1500-4 (AR_62-64) is undated, and only contains two of the three required signatures. The form letter entitled "Denial of Authorization to Testify-Welton" (AR_59) contains a stamped date of April 12, 2011. *The USDA has not identified a "Notification of Request to Testify" with respect to the determination to deny Ms. Welton's deposition testimony.*

| Deponent/Witness Name | Type of Subpoena(s)/Date(s) Issued | Date(s) of *Touhy* Decision(s) | Record Cite(s) |
|---|---|---|---|
| | Trial – 9/28/11 | 12/16/11 | AR_254-258[21] |

[21] AR_254 is the trial subpoena issued by Sierra Pacific. AR_255 is an email communication between Ms. Welton and Rachel Birkey regarding being served with the subpoena on October 2, 2011. The Form RS-FS-1500-4 (AR_256-57) contains only two of the three required signatures, only one of which is dated: Sharmian L. White on December 15, 2011 The form letter entitled "Denial of Authorization to Testify" (AR_258) contains a stamped date of December 16, 2011. *The USDA has not identified a "Notification of Request to Testify" with respect to the determination to deny Ms. Welton's trial testimony.*